JS-6

Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Janalyn Conley*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANALYN CONLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SNAPPAYS MOBILE, INC. d/b/a PAPAYA PAYMENTS; CROSS AMERICA FINANCIAL, LLC; and COMMUNITY MEMORIAL HEALTH SYSTEM<br><br>　　　　Defendants. | Case No.: 2:23-cv-09655-SVW-MAA<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT SNAPPAYS MOBILE, INC. d/b/a PAPAYA PAYMENTS** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant SnapPays Mobile, Inc. d/b/a Papaya Payments, and good cause appearing

　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

　　The above-entitled matter is hereby dismissed with prejudice against Defendants SnapPays Mobile, Inc. d/b/a Papaya Payments.

IT IS ORDERED.

Dated: October 18, 2024

Honorable Stephen V. Wilson
United States District Judge